1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11 RAY JONES,             )    NO. CV 08-06169-JFW(E)
                           )

12             Plaintiff,   )
                           )

13    v.                 )    ORDER ADOPTING FINDINGS,
                           )

14 CITY OF LOS ANGELES, et al.,  )    CONCLUSIONS AND RECOMMENDATIONS
                           )

15          Defendants.   )    OF UNITED STATES MAGISTRATE JUDGE
                           )

16 _____)

17

18     Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19 Complaint, all of the records herein and the attached Report and

20 Recommendation of United States Magistrate Judge. The Court approves

21 and adopts the Magistrate Judge's Report and Recommendation.

22

23     IT IS ORDERED that: (1) Defendant's Motion for Summary Judgment

24 is granted; (2) Plaintiff's Motion for Summary Judgment is denied as

25 moot; (3) Judgment shall be entered in favor of Defendant City of Los

26 Angeles; and (4) the action is dismissed without prejudice as against

27 the fictitious "Doe" Defendants.

28 ///

1      IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2  this Order and the Judgment of this date on Plaintiff and counsel for

3  Defendants.

4

5      DATED: April 30, 2010.

6

7

8                                                         JOHN F. WALTER

9                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28