JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY JONES, | ) | NO. CV 08-06169-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

Pursuant to the "Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge": (1) Judgment is entered in favor of Defendant City of Los Angeles; and (2) the action is dismissed without prejudice as against the fictitious "Doe" Defendants.

DATED: April 30, 2010.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE